**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Thomas G. Gati |
| Debtor 2 (Spouse, if filing) | Diane Gati |
| United States Bankruptcy Court for the: | Northern District of IL (State) |
| Case number | 13-37041 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Fifth Third Bank

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 2 1 5 2

**Property address:** 315 DESPLAINES AVE APT 201
Number    Street

_____

FOREST PARK     IL     60130
City            State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/____/____
MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | Thomas G. Gati | Case number (*if known*) | 13-37041 |
| | First Name    Middle Name    Last Name | | |
| Debtor 2 | Diane Gati | | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kyle Henry
Signature

Date  08/ 28/ 2017

Print  Kyle    Henry
First Name    Middle Name    Last Name

Title  Officer

Company  Fifth Third Bank

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  5001 Kingsley Drive
Number    Street

Cincinnati    OH    45227
City    State    ZIP Code

Contact phone  (800) 375- 1745

Email  bankruptcydepartment@53.com

Form 4100R    **Response to Notice of Final Cure Payment**    page **2**

Debtor 1: Thomas G. Gati
Debtor 2: Diane Gati
District: Northern District of Illinois
Case Number: 13-370041

Case 13-37041    Doc 35    Filed 08/29/17    Entered 08/29/17 13:41:03    Desc Main
Document    Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2017 a copy of the foregoing Statement in Response to Notice of Final Cure was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Thomas G. Gati
315 DesPlaines Ave.
#201
Forest Park, IL 60130

Thomas N Auwers
Heller & Richmond Ltd
33 N Dearborn St Suite 1907
Chicago, IL 60602

Diane Gati
315 DesPlaines Ave.
#201
Forest Park, IL 60130

Michael R Richmond
Heller & Richmond Ltd
33 N Dearborn Suite 1907
Chicago, IL 60602

Trustee
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

and on the following by **ordinary U.S. Mail** addressed to:

Thomas G. Gati
315 DesPlaines Ave.
#201
Forest Park, IL 60130

Diane Gati
315 DesPlaines Ave.
#201
Forest Park, IL 60130

/s/ Adam McAllister
Fifth Third Mortgage Company
5001 Kingsley Dr 1MOBBW
Cincinnati, OH 45227